AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>DAMON M. JOSEPH aka Abdullah Ali Yusuf<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:18mj5413 |

**FILED**
9:57 am Dec 10 2018
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Sept. 12, 2018 to Dec. 7, 2018** in the county of **Lucas** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B(a)(1) | Attempting to Provide Material Support or Resources to Foreign Terrorist Organization |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ J.T. Amundson
*Complainant's signature*

SA Troy Amundson
*Printed name and title*

Dec 10, 2018

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)



James R. Knepp, II
United States Magistrate Judge