AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**RECEIVED**

**2018 DEC 10  P 12: 41**

**U.S. MARSHALS
TOLEDO, OH**

| | |
|---|---|
| United States of America | )  |
| v. | )  |
| Damon M. Joseph aka Abdullah Ali Yusuf | )   Case No.   3:18mj5413 |
| | )  |
| | )  |
| | )  |
| | )  |
| *Defendant* | ) |

**FILED**

2018 DEC 11 PM 1:52

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Damon M. Joseph aka Abdullah Ali Yusuf                                                .
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 2339B(a)(1) - Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization

Date:  **Dec 10, 2018**                                    _____
                                                                                      *Issuing officer's signature*

City and state:      Toledo, Ohio                            Magistrate Judge James R. Knepp, II
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/10/2018  , and the person was arrested on *(date)*  12/07/2018 at *(city and state)*   Holland, OH          . |
| Date:  12/10/2018                                              _____ <br> *Arresting officer's signature* <br><br> J. Troy Ammodson, FBI, SA <br> *Printed name and title* |